**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph H. Reynolds <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-13604 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Connecticut Housing Finance Authority (CHFA) and index same on the master mailing list.

     Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq.**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322