# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Joseph  H Reynolds              :        Chapter 13
            Debtor              :        Case No.:  18-13604-elf

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Third Amended Chapter 13 Plan dated October 23, 2018 was forwarded to the following parties, as follows:

*Via First Class Mail on October 23, 2018*

Jennifer R Musial, Loan Serv. Spec. III
Navient Solutions, LLC. on behalf of
United Student Aid Funds, Inc.
GLHEC and Affiliates
PO BOX 8961
Madison, WI 53708-8961

Sidney Johnson, Bankr. Spec.
Wells Fargo Bank, N.A.,
Wells Fargo Education Financial Services
Po Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Debbie Francis, Loan Serv. Spec. III
Navient PC Trust
c/o Navient Solutions, LLC
PO BOX 9640
Wilkes-Barre, PA 18773-9640

CHFA c/o
McCue Mortgage Company
PO Box 1000
One Liberty Square
New Britian, CT 06050

Jennifer Roberts, Bankr. Spec.
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

The Water Bureau of the
Metropolitan District
555 Main Street
Hartford, CT 06142

Craig R. Dahl, CEO
TCF Banking & Savings
801 Marquette Avenue
Minneapolis, MN 55402

*<u>Via Electronic Filing (ECF) on October 23, 2018:</u>*

Thomas Young.Hae Song, Esquire on behalf of Wells Fargo Bank, N.A.
paeb@fedphe.com

Rebecca Ann Solarz, Esquire on behalf of Connecticut Housing Finance Authority (CHFA)
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                            **LAW OFFICE OF STEPHEN J. ROSS, PC**

                        By:    */s/ Joseph Quinn*
                               Joseph Quinn, Esquire
                               152 E. High Street, Suite 100
                               Pottstown, PA 19464
                               T: 610.323.5300
                               F: 610.323.6081
                               JQuinn@SJR-LAW.com
Date: <u>October 23, 2018</u>             Counsel for Debtor