# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** JOSEPH H REYNOLDS

        : **CHAPTER 13**

        :

        : **BANKRUPTCY NO.** 18-13604-ELF

        :

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                              Respectfully submitted,

**4/7/2022**

                                                              /s/ KENNETH E. WEST

                                                              KENNETH E. WEST, Esquire
                                                              Chapter 13 Standing Trustee
                                                              P.O. Box 40837
                                                               Philadelphia PA 19107
                                                              Phone: 215-627-1377