United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-13604-elf |
|---|---|
| Joseph H Reynolds | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph H Reynolds, 216 Eadie Way, Spring City, PA 19475-2317 |
| 14200910 | + | Connecticut Housing Finance Authority (CHFA), c/o Rebecca A Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14115395 | + | Kimberly Reidy, 216 Eadie Way, Spring City, PA 19475-2317 |
| 14179184 | + | McCue Mortgage Company, Bankruptcy Department, One Liberty Square, New Britian, CT 06051-2657 |
| 14115396 | + | Mccue Mortgage Company, 1 Liberty Sq, New Britain, CT 06051-2657 |
| 14115400 | | The Water Bureau of the Metropolitan Dis, 555 Main Street, PO Box 800, Hartford, CT 06142-0800 |
| 14115401 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14565875 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14163824 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14662938 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14124621 | | Wells Fargo Bank, N.A., c/o Thomas Song, Esquire, 1617 JFK Blvd., Suite 1400, One Penn Center Plaza, Phila., PA 19103 |
| 14565668 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Lauren, NJ 08054-1218 |
| 14662939 | + | Wells Fargo Bank,N.A., Attention: Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14115402 | + | Wf Efs, Po Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 12 2022 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14115392 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 12 2022 23:44:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14115394 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2022 23:44:00 | Internal Revenue Serivce, Insolvency Section, PO Box 21126, Philadelphia, PA 19114 |
| 14115393 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2022 23:56:48 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14175241 | | Email/PDF: pa_dc_claims@navient.com | Apr 12 2022 23:56:52 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| 14115397 | + Email/PDF: pa_dc_claims@navient.com | Apr 12 2022 23:56:44 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| --- | --- | --- | --- |
| 14115398 | + Email/PDF: pa_dc_claims@navient.com | Apr 12 2022 23:56:52 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14160752 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 12 2022 23:44:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14179181 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 23:56:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14115399 | + Email/Text: Bankruptcy@tcfbank.com | Apr 12 2022 23:44:00 | Tcf Banking & Savings, 801 Marquette Ave, Minneapolis, MN 55402-3475 |
| 14643104 | + Email/Text: bankruptcy@huntington.com | Apr 12 2022 23:44:00 | The Huntington National Bank, 5555 Cleveland Ave GW1N10, Columbus OH 43231-4048 |
| 14642864 | + Email/Text: bankruptcy@huntington.com | Apr 12 2022 23:44:00 | The Huntington National Bank, PO Box 89424, Cleveland OH 44101-6424 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14200911 | *+ | Connecticut Housing Finance Authority (CHFA), c/o Rebecca A Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14217030 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JOSEPH L QUINN | on behalf of Debtor Joseph H Reynolds CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Connecticut Housing Finance Authority (CHFA) bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| THOMAS SONG | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

on behalf of Creditor WELLS FARGO BANK N.A. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph H Reynolds
        Debtor(s)

Case No: 18−13604−elf
Chapter: 13
_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/12/22